# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)

IULIIA POTAPOVA,

    Plaintiff,

v.                                                CASE NO. 1:23-CV-00571 (JMF)

TOYOTA MOTOR CREDIT
CORPORATION,

    Defendant.

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    IULIIA POTAPOVA

---

Date: January 25, 2023                               Respectfully submitted,

                                                         */s/Craig Marchiando*
                                                         Craig Marchiando, Esq.
                                                         NY #1024495
                                                          Counsel for Plaintiff
                                                          **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                                          763 J. Clyde Morris Blvd., Suite 1-A
                                                          Newport News, Virginia 23601
                                                          (757)930-3660 - Telephone
                                                          (757) 930-3662 – Facsimile
                                                          E-mail: craig@clalegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed electronically on the 25th day of January, 2023. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

                                                /s/
                                    Craig Marchiando, Esq.
                                    NY #1024495
                                    **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                    763 J. Clyde Morris Blvd., Suite 1-A
                                    Newport News, Virginia 23601
                                    (757)930-3660 - Telephone
                                    (757) 930-3662 – Facsimile
                                    E-mail: craig@clalegal.com

                                    *Counsel for Plaintiff*