UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IULIIA POTAPOVA,<br><br>　　　　　Plaintiff,<br><br>v<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>　　　　　Defendant. | Case No. 1:23-CV-00571<br><br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Dafney Dubuisson Stokes of Wong Fleming, hereby appears in this action on behalf of Toyota Motor Credit Corporation. All papers in this Action should be served upon the undersigned at the address below.

Dated:  February 17, 2023

By: */s/ Dafney Dubuisson Stokes*
Dafney Dubuisson Stokes
WONG FLEMING
300 East 42nd Street, 14th Floor
New York, NY 10017
Phone: (212) 643-9668
Fax: (212) 643-9640
Email: dstokes@wongfleming.com
*Attorneys for Toyota Motor Credit Corporation.*