UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IULIA POTAPOVA, :
:
:
Plaintiff, :
: 23-CV-571 (JMF)
-v- :
: ORDER
:
TOYOTA MOTOR CREDIT CORPORATION, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As discussed during the October 17, 2023 telephone conference:

- Discovery in this case is **closed**;

- No later than **Thursday, October 19, 2023**, the parties shall contact Magistrate Judge Willis to schedule a settlement conference as soon as her schedule permits; and

- No later than **Monday, October 23, 2023**, the parties shall file a joint letter advising whether/when a settlement conference date has been scheduled and proposing a summary judgment briefing schedule and structure.

The parties shall be diligent in complying with all deadlines from this point forward and should not expect any extensions to be granted.

SO ORDERED.

Dated: October 17, 2023
       New York, New York                    _____
                                             JESSE M. FURMAN
                                             United States District Judge