UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IULIIA POTAPOVA, :
:
:
Plaintiff, :
: 23-CV-571 (JMF)
-v- :
: ORDER
:
TOYOTA MOTOR CREDIT CORPORATION, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Order entered on November 27, 2023, *see* ECF No. 33, was entered in error, as discovery in this case is (except as permitted by the Court's Order of yesterday) closed, *see* ECF Nos. 28 and 34, and there is no pretrial conference scheduled.

      To be clear, all deadlines remain in effect. To that end, Defendant shall file any dispositive motion by **December 15, 2023** (Plaintiff's deadline to file an such motion having passed); Plaintiff shall file any opposition thereto by **January 12, 2024**; and Defendant shall file any reply by **January 26, 2024**. *See* ECF No. 31. If Defendant does not file a dispositive motion by December 15, 2023, the parties shall file a proposed joint pretrial order, in accordance with the Court's Individual Rules and Practices, within thirty days of that date.

      SO ORDERED.

Dated: December 1, 2023
      New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge