UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                             :

IULIIA POTAPOVA,                         :

                 Plaintiff,       :

                         :                23-CV-571 (JMF)

        -v-                  :

                         :                <u>ORDER</u>

TOYOTA MOTOR CREDIT CORPORATION,   :

                         :

                Defendant.    :

                         :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As stated during the teleconference held earlier today:

- The Court grants the parties leave to depose Christopher Blunt and Plaintiff's spouse, with both depositions to occur no later than **October 31, 2024**.

- In the event that the November 26, 2024 mediation is unsuccessful, the parties shall file their pretrial materials, in accordance with the Court's Individual Rules and Practices for Civil Cases, no later than **January 16, 2025**, and shall be prepared to go to trial as soon as two weeks thereafter.

     SO ORDERED.

Dated: October 29, 2024
      New York, New York

                                         JESSE M. FURMAN
                                   United States District Judge