# EXHIBIT 2

```
 1        Q       Okay.  And so, let's talk about direct
 2   versus indirect disputes.  Have you heard those terms
 3   before?
 4        A       Yes.
 5        Q       Tell me what a direct dispute is.
 6        A       A direct dispute is a dispute that we have
 7   received directly from the customer.  And an indirect
 8   would be something that is provided to us through a
 9   third-party agency like e-OSCAR.
10        Q       Okay.  So, direct dispute is the consumer
11   calling on the phone or writing a letter and saying,
12   hey, I have this -- this -- this dispute about
13   information that's in my Toyota account, right?
14        A       Correct.
15        Q       And then, an indirect dispute is one that
16   comes from a third party.  Typically, it's from a
17   credit bureau, right, TransUnion, Equifax or Experian?
18        A       Yes.
19        Q       Okay.  And that's what you mean by
20   e-OSCAR?  It comes --
21        A       They filter those through e-OSCAR.  Sorry.
22        Q       It's okay.  Let's start again.  When you
23   talk about e-OSCAR, that's the way that these disputes
24   are transmitted back and forth between the credit
25   bureaus and Toyota, right?
```

1    A    Correct.

2    Q    And it's an electronic system that's used
3    for that, and that's really all it's used for; isn't
4    that right?

5    A    Correct.

6    Q    Okay. So, let's go to Page 309. I want
7    to ask about a couple of things that are on here. And
8    these things that aren't highlighted. There's one,
9    the fourth bullet point says, the multiple credit
10   dispute letter comma 3100. Do you see that?

11   A    Yes.

12   Q    And this is highlighted here on the
13   document, and the 3100 is in blue. So, it seems like
14   it's hyperlinked. Is that a fair characterization?

15   A    It could be. I don't know that
16   personally. That -- I have not clicked on that.

17   Q    Okay. Because I tried it and it went
18   somewhere that I couldn't go because I'm not connected
19   to Toyota, I think. I didn't click on this one
20   because on Agile Law it won't work. But I clicked on
21   the PDF that was produced and nothing really happened.
22   It went somewhere on the internet and nothing
23   happened.

24        So, you're not sure whether or not that is
25   a hyperlink to the actual text of a letter, right?