# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT

 2             SOUTHERN DISTRICT OF NEW YORK

 3   ------------------------------X

 4   IULIIA POTAPOVA,              :

 5              Plaintiff,         :

 6   v.                            :   Case No.

 7   TOYOTA MOTOR CREDIT           :   1:23-CV-00571

 8   CORPORATION,                  :

 9              Defendant.         :

10   ------------------------------X

11                   VOLUME I

12

13       VIDEOTAPED VIDEO TELECONFERENCE

14           30(b)(6) DEPOSITION OF

15              ANTHONY GLASSCOCK

16         Thursday, November 16, 2023

17

18   Job No.:  00029248

19   Pages 1 - 241

20   Reported by:  Lisa Barbera, RPR

21

22
```

```
 1       Q.   Not to the plaintiff?
 2       A.   Correct.
 3       Q.   Okay.  Do you know whether Toyota
 4  considers that to be meaningful?  We're going to
 5  delete the first -- the initial signer as fraud
 6  but not the person that's telling us that this is
 7  fraud?
 8       A.   So we -- at the time our policy was to
 9  simply -- because we don't get the information.
10  Right?  I mean, you know, let's say -- let's make
11  the assumption one was from Equifax, one was from
12  TransUnion, one from -- was Experian.  So they've
13  come to the conclusion that this individual is a
14  victim of identity theft.
15            They don't share with us what their
16  investigation looks like, nor do they share with
17  us generally any information that supports their
18  investigation or anything.  So because of that,
19  you know, they've told us their -- this customer
20  is a victim of identity theft based on their
21  investigation.  I don't have any way to know what
22  their investigation was like, and so at the time,
```

1   if an item appeared on our block report, if an
2   individual appeared on our block report, our
3   process was to simply delete the tradeline.
4       Q.   Okay.  Could Toyota learn those things
5   that you just said you didn't know, the results of
6   their investigation, what it looked like?
7       A.   They don't have a way for us to know
8   that.
9       Q.   You can't call Experian or TransUnion
10  and say, Tell me more about this?
11      A.   They won't -- they won't advise us of
12  anything -- any of their internal practices.  They
13  consider that proprietary, so they won't divulge
14  that information to us.
15      Q.   Well, have you ever tried that --
16  something specific when it comes to an entry on a
17  block report?  Have you ever called TransUnion or
18  Experian or Equifax and said, I want to know more
19  about why this is on the block report?
20      A.   I have not called them and asked them
21  that.
22      Q.   So -- and then now we can go back to

```
 1   BY MS. STOKES:
 2       Q.   Okay.  So it's safe to say if the credit
 3   reporting agencies had believed there was a claim
 4   of ID -- a verifiable claim of ID theft, they
 5   would have sent the block report regarding
 6   Ms. Potapova?
 7            MR. MARCHIANDO:  Object to form.
 8            THE WITNESS:  That's my understanding.
 9   BY MS. STOKES:
10       Q.   I'm sorry, Anthony, what did you say?
11       A.   Yes, that's my understanding.
12       Q.   And if Toyota had received the block
13   request specific to Ms. Potapova, they would have
14   deleted her tradeline?
15       A.   Yes, at the time.
16       Q.   At the time.  Okay.
17            MS. STOKES:  I have no more questions.
18            MR. MARCHIANDO:  I just have a couple.
19            EXAMINATION BY MR. MARCHIANDO
20   BY MR. MARCHIANDO:
21       Q.   So with regard to whether or not
22   Ms. Potapova might have appeared on a block
```

```
 1              CERTIFICATE OF SHORTHAND REPORTER

 2

 3          I, Lisa Barbera, Shorthand Reporter, the

 4      officer before whom the foregoing deposition

 5      was taken, do hereby certify that the

 6      foregoing transcript is a true and correct

 7      record of the testimony given; that said

 8      testimony was taken by me stenographically

 9      and thereafter reduced to typewriting under

10      my supervision; and that I am neither counsel

11      for or related to, nor employed by any of the

12      parties to this case and have no interest,

13      financial or otherwise, in its outcome.

14

15          IN WITNESS WHEREOF, I have hereunto set

16      my hand this 20th day of November, 2023.

17

18      [signature: Lisa Barbera]

19      _____

20      LISA BARBERA

21      STENOGRAPHER

22              DEPOSITION ERRATA SHEET
```