# EXHIBIT E

**Universal Data Form**

| AUD Correction Indicator: | Update Tradeline as indicated | Delete entire tradeline | ☒ | | TMCC00039 |
|---|---|---|---|---|---|

| Subscriber Name: | Toyota Financial Services | | Equifax SC: | 180FA00959 |
|---|---|---|---|---|
| Subscriber Address: | 5005 North River Boulevard,Cedar Rapids, IA 52411-6634 | | Experian SC: | 1550266 |
| | | | Innovis SC: | 2101956 |
| | | | TU SC: | 4176000 |

## Consumer Information

| Last Name | First Name | Middle Name | | Gen. | SSN | DOB |
|---|---|---|---|---|---|---|
| YARMUKHAMEDOV | SANAT | | | | ████1016 | |

| Current Address | | City | State | Zip+4 |
|---|---|---|---|---|
| ████████ | | BROOKLYN | NY | ████ |

| Previous Last Name | Previous First Name | Previous Middle Name | Previous Gen. |
|---|---|---|---|
| | | | |

| Previous Address | | City | State | Zip+4 |
|---|---|---|---|---|
| | | | | |

| Consumer Information Indicator: | ECOA: | 2 | Phone: |
|---|---|---|---|

## Employment Information

| Employer Name: | Occupation: |
|---|---|
| Current Address | | City | State | Zip+4 |

## Associated Consumer Information

| Last Name | First Name | Middle Name | | Gen. | SSN | DOB |
|---|---|---|---|---|---|---|
| | | | | | | |

| Current Address | | City | State | Zip+4 |
|---|---|---|---|---|
| | | | | |

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

| Last Name | First Name | Middle Name | | Gen. | SSN | DOB |
|---|---|---|---|---|---|---|
| | | | | | | |

| Current Address | | City | State | Zip+4 |
|---|---|---|---|---|
| | | | | |

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

## Account Information

| Account Number | Date Opened | Current Balance | Amount Past Due | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | SCC | CCC |
|---|---|---|---|---|---|---|---|---|---|
| ████H918 | 10-02-2017 | | | I | | | | | |

| Term Dur./Freq. | Date Closed | Actual Payment | Date of Last Payment | Account Status | Payment Rating | Account Type | Interest Type Indicator | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| / | | | | DF | | 3A | | | | |

| Original Creditor Name | Creditor Classification | Mortgage Agency Identifier | Sec. Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|
| | | | | |

| Purchased Portfolio or Sold Name | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|
| | | | | |

| Mortgage Id # | | AUD Control # | 111357326 |
|---|---|---|---|

## Account History

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | - | - | - | - | - | - | - | - | - | - | - |
| 2021 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2020 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |

| Submitted By: | Rosalia Garcia | | Tel#: | (319) 221-2685 | | Date: | 12-01-2022 |
|---|---|---|---|---|---|---|---|

By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.

**Universal Data Form**

TMCC00040

| AUD Correction Indicator: | Update[ ] Delete[ ] Correct due to Fraud[X] |
|---|---|

| Subscriber Name: | Toyota Financial Services | | Equifax SC: | 180FA00959 |
|---|---|---|---|---|
| Subscriber Address: | 5005 North River Boulevard, Cedar Rapids, IA 52411-6634 | | Experian SC: | 1550266 |
| | | | Innovis SC: | 2101956 |
| | | | TU SC: | 4176000 |

## Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| YARMUKHAMEDOV | SANAT | | | 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 | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| ▮▮▮▮▮▮ | ORANGE | NJ | ▮▮▮▮ |

| Previous Last Name | Previous First Name | Previous Middle Name | Previous Gen. |
|---|---|---|---|
| | | | |

| Previous Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: 2 | Phone: |
|---|---|---|

## Employment Information

| Employer Name: | Occupation: |
|---|---|
| Current Address | City | State | Zip+4 |

## Associated Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

## Account Information

| Account Number | Date Opened | Current Balance | Amount Past Due | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | SCC | CCC |
|---|---|---|---|---|---|---|---|---|---|
| ▮▮▮H918 | 10-02-2017 | | | I | | | | | |

| Term Dur./Freq. | Date Closed | Actual Payment | Date of Last Payment | Account Status | Payment Rating | Account Type | Interest Type Indicator | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| / | | | | DF | | 3A | | | | |

| Original Creditor Name | Creditor Classification | Mortgage Agency Identifier | Sec. Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|
| | | | | |

| Purchased Portfolio or Sold Name | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|
| | | | | |

| Mortgage Id # | | AUD Control # | 111399920 |
|---|---|---|---|

## Account History

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | - | - | - | - | - | - | - | - | - | - | - |
| 2021 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2020 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |

| Submitted By: Rosalia Garcia | Tel#: (319) 221-2685 | Date: 12-06-2022 |
|---|---|---|

By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.

## Universal Data Form

TMCC00041

| AUD Correction Indicator: | Update | Delete | Data to follow | X |
|---|---|---|---|---|

| Subscriber Name: | Toyota Financial Services | | Equifax SC: | 180FA00959 |
|---|---|---|---|---|
| Subscriber Address: | 5005 North River Boulevard,Cedar Rapids, IA 52411-6634 | | Experian SC: | 1550266 |
| | | | Innovis SC: | 2101956 |
| | | | TU SC: | 4176000 |

### Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| YARMUKHAMEDOV | SANAT | | | 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 | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| 661 NASSAU ST | ORANGE | NJ | 07050 |

| Previous Last Name | Previous First Name | Previous Middle Name | Previous Gen. |
|---|---|---|---|
| | | | |

| Previous Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: 2 | Phone: |
|---|---|---|

### Employment Information

| Employer Name: | Occupation: |
|---|---|

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

### Associated Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

### Account Information

| Account Number | Date Opened | Current Balance | Amount Past Due | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | SCC | CCC |
|---|---|---|---|---|---|---|---|---|---|
| H918 | 10-02-2017 | | | I | | | | | |

| Term Dur./Freq. | Date Closed | Actual Payment | Date of Last Payment | Account Status | Payment Rating | Account Type | Interest Type Indicator | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| / | | | | DF | | 3A | | | | |

| Original Creditor Name | Creditor Classification | Mortgage Agency Identifier | Sec. Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|
| | | | | |

| Purchased Portfolio or Sold Name | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|
| | | | | |

| Mortgage Id # | AUD Control # | 111401187 |
|---|---|---|

### Account History

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2021 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2020 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | | | | | | | | | | | |

| Submitted By: | | Tel#: (319) 221-2685 | Date: 12-06-2022 |
|---|---|---|---|

By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.