UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IULIIA POTAPOVA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>　　　　　　　Defendant. | CASE NO.: 1:23-cv-00571-JMF<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that the Plaintiff IULIIA POTAPOVA, and her counsels, hereby give notice that the Plaintiff has resolved her claims against the Defendant TOYOTA MOTOR CREDIT CORPORATION in the above-captioned action. The Plaintiff requests sixty (60) days to file a stipulation of dismissal or notice of voluntary dismissal of Plaintiff's claims as to the Defendant TOYOTA MOTOR CREDIT CORPORATION.

Dated: April 25, 2025

/s/ Abel L. Pierre, Esq.

Abel L. Pierre, Esq.
Law Office of Abel L. Pierre, PC
140 Broadway, 46th Floor
New York, NY 10005
(212) 766-3323
Email: abel@apierrelaw.com

*Counsel for Plaintiff*